No. 974. IN RE POWELL;

No. 1033. POWELL v. NATIONAL SAVINGS & TRUST Co., *ante,* p. 957, *infra,* p. 1037;

No. 1200. POWELL v. COMMITTEE ON ADMISSIONS AND GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; and

No. 882, Misc. IN RE DISBARMENT OF POWELL, see 389 U. S. 924. C. A. D. C. Cir. Motion of petitioner to consolidate these cases denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 1015. WITHERSPOON v. ILLINOIS ET AL. Sup. Ct. Ill. (Certiorari granted, 389 U. S. 1035); and

No. 1016. BUMPER v. NORTH CAROLINA. Sup. Ct. N. C. (Certiorari granted, 389 U. S. 1034.) Motion of NAACP Legal Defense & Educational Fund, Inc., et al. for leave to participate in oral argument, as *amici curiae,* denied. Motion of American Friends Service Committee et al. for leave to participate in oral argument, as *amici curiae,* in No. 1015 denied. Motion of the State of California for permission for three attorneys to participate in oral argument, as *amicus curiae,* in No. 1015 granted. *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Leroy D. Clark, Norman C. Amaker, Charles S. Ralston* and *Anthony G. Amsterdam* on the motion for NAACP Legal Defense & Educational Fund, Inc., et al. *Willard J. Lassers, Alex Elson* and *Marvin Braiterman* on the motion for American Friends Service Committee et al. *Thomas C. Lynch,* Attorney General, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci* and *Robert R. Nock,* Deputy Attorneys General, on the motion for the State of California.

No. 1088. LAUGHLIN ET AL. v. UNITED STATES, *ante,* p. 1003. Motion to suspend effectiveness of order denying certiorari denied. *James J. Laughlin, pro se,* and *William J. Garber* for petitioners.